UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANN MARIE MCMILLIAN )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 ) No. 5:17-CV-498-FL
OFFICER H. L. WHITE *Raleigh Police* )
*Department* )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 4, 2019, and for the reasons set forth more specifically therein, that defendant's motion for summary judgment is granted.

**This Judgment Filed and Entered on November 4, 2019, and Copies To:**
Ann Marie McMillian (via US mail) 3220 Buffaloe Road, Raleigh, NC 27604
Hunt K. Choi (via CM/ECF Notice of Electronic Filing)

November 4, 2019                 PETER A. MOORE, JR., CLERK

                                    /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk